DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**J.G. HAMILTON,**
Appellant,

v.

**TATIANA BASOVA,**
Appellee.

No. 4D18-881

[October 4, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Charles A. Schwab, Judge; L.T. Case No. 15-DR-2416.

Jorge Andres of the Law Offices of Jorge Andres, Bradenton, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, KLINGENSMITH and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***